UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Sip Shine, LLC,

    Plaintiff(s),

    v.

Lawson's Finest Liquids, LLC,

    Defendant(s).

Civil Action No. 2:24–cv–147

## ORDER

On or before March 15, 2024, Plaintiff shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 5th day of March 2024.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge